**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Guillermo Ponce** | Social Security number or ITIN   xxx–xx–9846 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **16–21438**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Guillermo Ponce

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

February 27, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 16-21438-JBS
Guillermo Ponce                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2         Date Rcvd: Feb 27, 2017
                              Form ID: 3180W            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db              +Guillermo Ponce,    2365 W. Bunkum Rd.,    Rensselaer, IN 47978-8902
24674305         Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24674306        +Equifax Information Services, LLC,    PO Box 740241,    Atlanta, GA 30374-0241
24674308        +Experian Information Solutions, Inc.,    PO Box 4500,    Allen, TX 75013-1311
24674307        +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24674310       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Dr.,   Lewisville, TX 75067)
24693100        +OCWEN LOAN SERVICING, LLC AS SERVICER FOR The Bank,    c/o Codilis & Associates, P.C.,
                  15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
24674312        +State of Illinois: Department of Revenue,    Po Box 19006,    Springfield, IL 62794-9006
25071787         The Bank of New York Mellon Trust Company, NA,    c/o Ocwen Loan Servicing, LLC,
                  Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
24674313        +TransUnion LLC,    PO Box 2000,    Chester, PA 19022-2000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24808350         EDI: CAPITALONE.COM Feb 28 2017 01:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
24674304        +EDI: CAPITALONE.COM Feb 28 2017 01:38:00      Capital One, N.A.,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
24674309         EDI: IRS.COM Feb 28 2017 01:38:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
24674311        +Fax: 407-737-5634 Feb 28 2017 09:46:02      Ocwen Loan Sevicing Llc,    Attn: Research Dept,
                  1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25005152         The Bank of New York Mellon Trust Company, Nationa
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Jose G Moreno    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of New
               York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as
               successor to JPMorgan Chase Bank, as Trustee f nd-one@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR The Bank of New
               York Mellon Trust Company, National Association as Trustee for Residential Asset Securities
               Corporation, Home Equity Mortgage Asset-Backed Pas nd-one@il.cslegal.com
              Joseph S Davidson    on behalf of Debtor 1 Guillermo  Ponce jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Michael J  Kalkowski    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5
               mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Orlando  Velazquez    on behalf of Debtor 1 Guillermo  Ponce ovjd@yahoo.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J  Ruchman    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, N.A. amps@manleydeas.com

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Feb 27, 2017
                              Form ID: 3180W            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Tom   Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                                                TOTAL: 8

Case 16-21438    Doc 33    Filed 02/27/17    Entered 03/01/17 23:34:39    Desc Imaged
Certificate of Notice    Page 4 of 4